**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In the Interest of Z. T., a minor child

Appellate case number:    01-13-00407-CV

Trial court case number:  2012-32356

Trial court:                     312th District Court of Harris County

Appellant's attorney has filed a letter informing this Court that appellant is presumed indigent for purposes of this appeal.

Accordingly, the Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs.

It is **ORDERED** that the District Clerk file with this Court, **within 10 days of the date of this order** and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a). *See* TEX. R. APP. P. 20.1(k) (indigent party entitled to free record on appeal); 35.1(b) (in accelerated appeal, record must be filed within 10 days after notice of appeal filed).

It is further **ORDERED** that the Court Reporter file with this Court, **within 10 days of the date of this order** and at no cost to appellant, the reporter's record. *See* TEX. R. APP. P. 20.1(k); 35.1(b).

Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West Supp. 2012). For this reason, **no extensions of time to file the records will be granted**. *See* TEX. R. APP. P. 35.3(c).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                 ☑ Acting individually    ☐ Acting for the Court
Date: June 6, 2013